No. 605. SKOURAS THEATRES CORP. ET AL. *v.* SPANOS. C. A. 2d Cir. Certiorari denied. *Milton C. Weisman* and *Harry I. Rand* for petitioners. *Leo T. Kissam, Eugene Gressman* and *Richard Gyory* for respondent.

No. 608. KOKIN ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Charles J. Irwin* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 611. FLEISHOUR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Elmer Gertz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Sanders, Alan S. Rosenthal* and *Richard S. Salzman* for the United States.

No. 630. CHAMBERLAIN ET AL. *v.* ZINK ET AL.; and
No. 686. ZINK ET AL. *v.* PACK ET AL. C. A. 5th Cir. Certiorari denied. *Charles B. Arendall, Jr.,* for petitioners in No. 630. *Willis C. Darby, Jr.,* for petitioners in No. 686.

No. 654. RUTHERFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Joseph A. Ball* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro* and *Charles L. Marinaccio* for the United States.

No. 710. CELOTEX CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *W. Donald McSweeney* and *Mitchell S. Rieger* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.